United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Elpidio Mejia Cantillo, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 17-62290-Civ-Scola |
| U.S. Drug Enforcement Administration, and others, Defendants. | ) ) ) |

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 26, 2018, Judge White issued a report, recommending that, upon a screening in accordance with 28 U.S.C. §§ 1915A and 1915(e), the Court dismiss Cantillo's amended complaint. (Report, ECF No. 16.) In an effort to ensure that Cantillo received Judge White's report, the Court sent a copy of the report to Cantillo's updated address and extended Cantillo's deadline to submit objections to Judge White's report. (Order, ECF No. 19.) That deadline has now long passed and Cantillo has not submitted objections to the report.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge White's report and recommendation (**ECF No. 16**). The Court **dismisses** Cantillo's amended complaint without prejudice (**ECF No. 14**). The Clerk is directed to **close** this case. Any pending motions are denied as **moot**.

**Done and ordered**, at Miami, Florida, on July 26, 2018.

_____
Robert N. Scola, Jr.
United States District Judge